Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





ROGER LAWLER,


 Appellant,


v.


THE CITY OF FRISCO,


 Appellee. 

§


 


§


 


§


 


§


 


§



§

No. 08-07-00296-CV



Appeal from


109th District Court


of Collin County, Texas


(TC # 199-2545-06)




MEMORANDUM OPINION



 Pending before the Court is Appellant's motion to dismiss his appeal pursuant to
Tex.R.App.P. 42.1(a)(1) because he no longer desires to prosecute the appeal. Appellee has not
objected to the motion and there is no indication that dismissal would prevent Appellee from seeking
relief to which it would otherwise be entitled. See Tex.R.App.P. 42.1(a)(1). We therefore grant the
motion and dismiss the appeal. Costs are taxed against Appellant. See Tex.R.App.P. 42.1(d).


January 17, 2008 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Carr, JJ.